McCABE, Appellant, v. McCABE, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Edward McCabe against Mary G. McCabe, as executrix of the will of Peter McCabe, deceased. No opinion. Judgment unanimously affirmed, with costs.

McCARRICK, Respondent, v. BROOKLYN, R. & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Lyman W. McCarrick against the Brooklyn, Rochester & Pittsburgh Railway Company. No opinion. Order affirmed, without costs.

McCARTHY, Appellant, v. CROSSON, .Respondent. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by John E. McCarthy, as sole surviving executor, etc., of Pierce J. McCarthy, deceased, against John F. Crosson. No opinion. Judgment affirmed, without costs.

McCOTTER, Appellant, v. JACKSON SQUARE REALTY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by William S. McCotter against the Jackson Square Realty Company. G. W. Carr, of New York City, for appellant. R. Stout, of New York City, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed. See, also, 142 N. Y. Supp. 1129.

McCOTTER v. JACKSON SQUARE REALTY CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by William S. McCotter against the Jackson Square Realty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y Supp. 1129.

McDOUGALL et al. v. HAFFELFINGER et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Charles McDougall and others, impleaded with William M. Glenn against Leilla B. Haffelfinger and others.

PER CURIAM. Judgment affirmed, with costs.

BURR, J., not voting.

McGOWAN, Appellant, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Respondent. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by James McGowan against the New York Contracting Company, Pennsylvania Terminal. J. B. Leavitt, of New York City, for appellant. J. C. Toole, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed. See, also, 143 App. Div. 1, 127 N. Y. Supp. 532.

McLAUGHLIN and SCOTT, JJ., dissent.

McINTIRE, Respondent, v. NATIONAL NASSAU BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by William H. McIntire against the National Nassau Bank of New York. M. Stearns, of New York City, for appellant. H. S. Marshall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 905, 135 N. Y. Supp. 1126.

McLEER ELECTRIC & MFG. CO. v. PALMER & SINGER MFG. CO. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by the McLeer Electric & Manufacturing Company against the Palmer & Singer Manufacturing Company.

PER CURIAM. Motion for stay granted, upon condition that appellant execute and file within 20 days a bond in the sum of $15,000 to secure plaintiff for any judgment that may be recovered against defendant. Settle `order before Mr. Justice Stapleton.

McLEOD, Appellant, v. PRITCHARD, Respondent. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by George K. McLeod against Alfred J. Pritchard. P. N. Turner, of New York City, for appellant. M. Hyman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re McNULTY. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of Patrick McNulty. No opinion. Motion granted, with $10 costs. Order filed.

In re McQUADE. (Supreme Court, Appellate Division, First Department. June 6, 1913.) In the matter of the settlement of the accounts of Edward A. McQuade, as executor, etc., of John McQuade, deceased. No opinion. Decree affirmed with costs. Order filed. See, also, 149 App. Div. 947, 134 N. Y. Supp. 1138; 142 N. Y. Supp. 493.

McSWEGAN v. STEPHAN et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Julia P. McSwegan against Peter Stephan and others. No opinion. Motion granted, to extent stated in memorandum. Settle order on notice. See, also, 155 App. Div. 899, 140 N. Y. Supp. 1130.

MADISON TRUST CO. v. MILGRIM et al. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Madison Trust Company against Herman Milgrim and another. No opinion. Motion granted, with $10 costs. Order filed. See, also, 155 App. Div. 931, 140 N. Y. Supp. 1130.

MALLORY et al., Respondents, v. VIRGINIA HOT SPRINGS CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles